RECEIVED

SEP 28 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHNY FRANÇOIS | CIVIL ACTION NO. 6:11-cv-0503 "P" |
| VERSUS | JUDGE HAIK |
| WARDEN VIATOR; PHILLIP T. MILLER; JOHN MORTON; JANET NAPOLITANO; ERIC HOLDER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the government's motion to dismiss (Rec. Doc. 17) is GRANTED, and François's petition for writ of *habeas corpus* (Rec. Doc. 1) is DISMISSED WITHOUT PREJUDICE as moot.

Lafayette, Louisiana, this 27th day of September, 2011.

Richard T. Haik
United States District Judge